**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| STEPHEN SALLEE, and ANNE SALLEE, individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DOLLAR THRIFTY AUTOMOTIVE GROUP, INC. (d/b/a DOLLAR RENT A CAR), DOLLAR RENT A CAR, INC., and DTG OPERATIONS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14-cv-250-GKF-PJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the court's opinion and order of March 20, 2015 [Dkt. #40], it is ordered that the plaintiffs Stephen Sallee and Anne Sallee, individually and on behalf of all others similarly situated, recover nothing and the action be dismissed on the merits, and the defendants Dollar Thrifty Automotive Group, Inc. (d/b/a Dollar Rent A Car), Dollar Rent A Car, Inc., and DTG Operations, Inc. recover costs from the plaintiffs Stephen Sallee and Anne Sallee, individually and on behalf of all others similarly situated.

IT IS SO ORDERED this 20th day of March, 2015.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT